IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY FASKING, HERBERT HICKS, and HEATHER BOOTHE,  Plaintiffs,  v.  JOHN H. MERRILL, ALABAMA SECRETARY OF STATE, in his official capacity,  Defendant. | CIVIL ACTION NO.: 2:18-CV-00809-SRW |

**AFFIDAVIT OF JOHN H. MERRILL**

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared John H. Merrill, Alabama Secretary of State, who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is John H. Merrill. I am currently employed as the Alabama Secretary of State. I have read the Complaint filed against me and state the following:

I created the Twitter page in question <u>before</u> I took office and I personally control its content. I created the Twitter account at issue personally. I control its content, and I have made a significant effort to keep it from entanglement with the State government. I use my own personal electronic devices to manage the account. My Twitter account is not a "Secretary of State social media site" or "official social media platform."

_____
JOHN H. MERRILL
ALABAMA SECRETARY OF STATE

STATE OF ALABAMA  )

MONTGOMERY COUNTY   )

Sworn to and Subscribed before me and given under my hand and official seal this the 29 day of January 2019.

_____
NOTARY PUBLIC

[SEAL]

My Commission Expires: 12-3-2022