IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KIMBERLY FASKING,<br>HERBERT HICKS, and<br>HEATHER BOOTH<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN H. MERRILL, Alabama<br>Secretary of State, in his official capacity,<br><br>Defendant. | Case No. 2:18-cv-00809-SMD |

**ORDER**

Upon agreement of the parties, IT IS HEREBY ORDERED that the Joint Motion for Scheduling Order is GRANTED as follows:

1. The Defendant will file his answer on or before September 24, 2019;

2. The parties will serve each other with proposed stipulations of facts on or before October 1, 2019;

3. The parties will confer and create an agreed stipulation of facts on or before October 15, 2019;

4. The parties will submit cross motions for summary judgment and briefs in support, with any additional facts each side wants to present in addition to those to which the parties can stipulate, on or before November 11, 2019.

5. The parties may submit a response to the motion for summary judgment on or before November 21, 2019.

SO ORDERED this 13th day of September 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE