**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **KIMBERLY FASKING, HERBERT HICKS, and HEATHER BOOTH** | |
| **Plaintiffs,** | |
| **vs.** | **Case No. 2:18-cv-00809-SMD** |
| **JOHN H. MERRILL, Alabama Secretary of State, in his official capacity,** | |
| **Defendant.** | |

## STIPULATION

The parties in the above-captioned matter hereby stipulate to the following facts for purposes of this litigation. The parties have agreed that this Stipulation applies exclusively to this litigation and does not constitute an admission for purposes of any other proceeding.

1. Defendant has agreed that he will not contest Plaintiffs' allegation that the Plaintiffs were blocked from the @JohnHMerrill Twitter account because the Plaintiffs posted tweets in which they engaged him concerning election law, criticized him, or made comments with which Defendant disagrees.

2.   Defendant John H. Merrill is Secretary of State of the State of Alabama and is sued in his official capacity only.

3.   Defendant Merrill operates and/or oversees the operation of a Twitter account under the handle @JohnHMerrill. This account displays as its tag line "Representing the People of Alabama as their 53rd Secretary of State."

4.   Defendant Merrill established @JohnHMerrill in 2009.

5.   Defendant Merrill has used the @JohnHMerrill account as a channel for communicating and interacting with the public about his administration.  He also has continued to use the account, on occasion, to communicate about other issues not directly related to official government business.

6.   Defendant Merrill's Deputy Chief of Staff emailed a journalist the following:

> **From:** Bennett, John [mailto:John.Bennett@sos.alabama.gov]
> **Sent:** Thursday, May 24, 2018 12:59 PM
> **To:** Brad Friedman
> **Cc:** Merrill, John; Brewer, David
> **Subject:** Re: REQUEST FOR COMMENT
>
> Brian,
>
> From Secretary Merrill:
>
> "I will continue to use my social media forums the way that I have utilized them in the past. They will not be utilized by other users to express their political views or promote their agendas. If someone is unable to reach me through social media they are always welcome to contact me at the office at <XXX-XXX-XXX> or on my cell phone at <XXX-XXX-XXX>. That is the most efficient and preferred way to contact me."
>
> Please let me know if you have any questions questions or concerns.
>
> Thank you,
> John Bennett
> Sent from my iPhone

7.   AL.com Reporter Mike Cason reported the following:

Merrill, a Republican who started his second term as secretary of state in January, says he won't allow people to use his social media accounts to promote causes he opposes or undermine the work of him and his staff in voter registration and the pursuit of voter fraud.

"Well, I always stick with the facts," Merrill said. "Most of these people are trolls. They're not interested in the facts. They're interested in using my platform to promote their position, whatever it is. Most of the time it's a very liberal position that is trying to bring attention to something that they think is important to them. And I don't really care what they want to do. But when they want to use my platform to promote their issue, I've got a problem with that."

Others see it differently. They say Merrill's use of social media is a problem because of how he, as a public official, responds to his critics.

8.   The Montgomery Advertiser reported the following:



Montgomery Advertiser HOME NEWS SPORTS BUSINESS POLITICS

As elections near, Alabama has several deadlines and dates for registration and voting days. Wochit

Buy Photo

(Photo: Mickey Welsh / Advertiser)

CONNECT TWEET LINKEDIN COMMENT EMAIL MORE

Alabama Secretary of State John Merrill said he has no intention of unblocking anybody on social media after a federal judge ruled President Donald Trump's blocking of Twitter followers a violation of the First Amendment.

The ruling was specific to Trump only, according to coverage by the Washington Post, but it may have set an important precedent as online boundaries for public officials are defined within the context of public records and freedom of speech.

Merrill, who is infamous for blocking those who disagree with him as well as those he calls "trolls" on Twitter, said he will continue removing followers from his digital presence if he feels so inclined.

"I'm not unblocking anybody I've already blocked, because there's a reason those people were blocked. Anyone else that I feel needs to be blocked in the future will also be blocked. Anybody who wants to contact me can call me on my cellphone at 334-328-2787. Because I work for the people of Alabama. Roll Tide," Merrill said.

9. Defendant Merrill has tweeted the following:



Jennifer Garlen @jennifergarlen · 20 Oct 2018
Saturday morning in Alabama - our GOP Secretary of State wants to fight with awesome Dem Congressional candidate @HaganforHouse and with ME for calling him out for his lies. @JohnHMerrill needs to hear from you, Twitter, and Mallory needs your money!
AB
I just gave!
Join us! Contribute today.
secure.actblue.com
1
41
67

John Merrill
@JohnHMerrill
Follow
Replying to @jennifergarlen
If you want to talk about the issues you need to call me on my cell phone at 334-328-2787 instead of begging for all your liberal snowflake friends to try to jump on me on Twitter. That's how all you clowns get blocked in the first place.
8:11 AM - 20 Oct 2018
4 Retweets 32 Likes
84
4
32

Tweet your reply

Amanda L. Scott @AmandaLScottDC · 20 Oct 2018

Replying to @JohnHMerrill @jennifergarlen

This tweet is not befitting of a state elected official. But then again, with the

10. Plaintiff Kimberly Fasking is a resident of Jefferson County, Alabama.

11. Plaintiff Fasking operates a Twitter account using the handle @we8kings.

12. Defendant Merrill blocked Plaintiff Fasking's Twitter account on or about November 4, 2017, because of her questioning him about crossover voting.

13. Plaintiff Herbert Hicks is a resident of Jefferson County, Alabama.

14. Plaintiff Hicks operates a Twitter account using the handle @HCathcartinBama.

15. Defendant Merrill blocked Plaintiff Hicks' Twitter account on or about November 3, 2017, after Plaintiff Hicks asked Merrill who extended Merrill an invitation to speak at ceremonies related to the 51st Anniversary of Bloody Sunday. Below is a screenshot of what Mr. Hicks sees when he attempts to access the tweets of Defendant Merrill:



16. Plaintiff Heather Lynn Booth operates a Twitter account using the handle @HeatherLynnB.

17. Defendant Merrill blocked Plaintiff Booth's Twitter account on or about November 13, 2017, after Plaintiff Booth tweeted about a typographical error on an Alabama election ballot. Defendant Merrill stated that Plaintiff Booth was promoting "fake news."

18. Plaintiffs are unable to view or directly reply to the Secretary of State's tweets, and to participate in the comment threads associated with the Secretary of State's tweets.

19. Twitter is a social media platform with more than 300 million active users worldwide.

20. Twitter includes over 70 million users in the United States.

21. The Twitter platform allows users to publish short messages called "tweets," and to republish, quote, or respond to others' messages.

22. A significant number of tweets are speech by, to, or about government, politics, law, elections, election law, and voting rights.

23. A Twitter "user" is an individual person, a business, a corporation, or an association which has created an account on the platform.

24. A user can post "tweets" up to 280 characters in length, to a webpage on Twitter that is attached to the user's account.

25. Tweets may include photographs, videos, and links.

26. A Twitter user's webpage displays all tweets generated by the user, with the most recent tweets appearing first. This display is known as a user's "timeline."

27. When a user generates a tweet, the timeline updates immediately to include that tweet.

28. Anyone who can view a user's public Twitter webpage can see the user's timeline. Here is a screenshot of part of the timeline associated with the @JohnHMerrill account:



29. Each Twitter account includes a "handle," an @ symbol followed by a unique identifier (e.g., @JohnHMerrill), and a name (e.g., John Merrill).

30. Near the handle is a clickable icon that invites others to “Tweet to” the user.

31. A user’s Twitter webpage may also include a short biographical description; a profile picture; a background image called a “header,” the user’s location; a clickable icon labeled “Message” for one-to-one exchanges; and a small number of photographs and videos posted to the user’s timeline, which link to a full gallery. Thus, part of the webpage for @JohnHMerrill looks like this:

32. An individual “tweet” comprises the tweeted content (i.e., the message, including any embedded photograph, video, or link), the user’s account name

(with a link to the user's Twitter webpage), the user's profile picture, the date

and time the tweet was generated, and the number of times the tweet has been

replied to ( ), retweeted by ( ), or liked by ( ) other users.



33. Here is a tweet from Defendant Merrill:



34. Twitter webpages and their associated timelines are visible to everyone with internet access, including those who are not Twitter users unless the user has set up his or her account to be private.

35. Although non-users can view users' Twitter webpages, they cannot interact with users on the Twitter platform.

36. Twitter users can subscribe to other users' messages by "following" those users' accounts.

37. Twitter users see all tweets posted or retweeted by accounts they have followed. This display is labeled "Home" on Twitter's site, but it is often referred to as a user's "feed."

38. Twitter permits users to establish accounts under their real names or pseudonyms. Users who want to establish that they are who they claim to be can ask Twitter to "verify" their accounts. When an account is verified, a blue badge with a checkmark appears next to the user's name on his or her Twitter page and on each tweet the user posts.

39. Beyond publishing tweets to their followers, Twitter users can engage with one another in a variety of ways. For example, they can "retweet"—i.e., republish—the tweets of other users, either by publishing them directly to their own followers or by "quoting" them in their own tweets.

40. When a user retweets a tweet, it appears on the user's timeline in the same form as it did on the original user's timeline, but with a notation indicating that the post was retweeted. This is a retweet by @JohnHMerrill:



41. A Twitter user can also reply to other users' tweets. A reply can be up to 280 characters in length and can include photographs, videos, and links.

42. When a user replies to a tweet, the reply appears on the user's timeline under a tab labeled "Tweets & replies."

43. A reply will also appear on the original user's feed in a "comment thread" under the tweet that prompted the reply. Other users' replies to the same tweet will appear in the same comment thread.

44. When one user replies to another user's tweet, a "comment thread" is created. When viewing a tweet, this comment thread appears below the original tweet and includes both the first–level replies (replies to the original tweet) and second–level replies (replies to the first–level replies). The comment threads reflect multiple overlapping "conversations" among and across groups of users and are a large part of what makes Twitter a social media platform.

45. The Twitter platform allows users to directly interact with each other. For example, User A can "mention" User B in User A's tweet, prompting a notification to User B that he or she has been mentioned in a tweet. Twitter users can also "follow" one another. If User A follows User B, then all of User B's tweets appear in User A's "feed," which is a continuously–updated display of content mostly from accounts that User A has chosen to follow. Conversely, User A can "block" User B. This prevents User B from seeing User A's

timeline or any of User A's tweets. User B, if blocked by User A, is unable to reply to, retweet, or like any of User A's tweets. Similarly, User A will not see any of User B's tweets and will not be notified if User B mentions User A.

46. A Twitter user cannot choose to have an account that has a subset of these features. For example, a user cannot obtain from Twitter an account that prohibits certain other users from blocking them. Nor can a user obtain from Twitter an account with the ability to disable the comment thread. *See generally* Twitter Terms of Service, Twitter, https://twitter.com/en/tos.

47. Twitter users can "mute" other users rather than "blocking" other users. If Twitter User Z does not want to see tweets from a Twitter User Y, then User Z can mute User Y. This means User Z would not see User Y's tweets, but Y would still be able to see tweets from User Z.

48. Muting allows a user to ignore an account with which the user does not wish to engage. The muted account may still attempt to engage with the muting account—it may still reply to tweets sent by the muting account, among other capabilities—but the muting account generally will not see these replies.

49. Reply tweets by verified users, reply tweets by users with a large number of followers, and tweets that are "favorited" and retweeted by large numbers of users generally appear higher in the comment threads.

50. A Twitter user can also reply to other replies. A user whose tweet generates replies will see the replies below his or her original tweet, with any replies-to-replies nested below the replies to which they respond.

51. The collection of replies and replies-to-replies is sometimes referred to as a "comment thread."

52. Twitter is called a "social" media platform in large part because of comment threads, which reflect multiple overlapping conversations among and across groups of users.

53. A Twitter user can also "favorite" or "like" another user's tweet by clicking on a "heart" icon that appears under the tweet. By "liking" a tweet, a user may mean to convey approval or to acknowledge having seen the tweet.

54. A Twitter user can also "mention" another user by including the other user's Twitter handle in a tweet.

55. A Twitter user mentioned by another user will receive a "notification" that he or she has been mentioned in another user's tweet.

56. Tweets, retweets, replies, likes, and mentions are controlled by the user who generates them. No other Twitter user can alter the content of any retweet or reply, either before or after it is posted.

57. Twitter users cannot prescreen tweets, replies, likes, or mentions that reference their tweets or accounts.

58. Users who wish to limit who can see and interact with their tweets must affirmatively "protect" their tweets. Other users who wish to view "protected" tweets must request access from the user who has protected her tweets.

59. "Protected" tweets do not appear in third-party search engines, and they are searchable only on Twitter, and only by the user and her approved followers.

60. Twitter provides users with the capability to block other users; it is the users themselves who decide whether to make use of this capability.

61. A user who blocks another user prevents the blocked user from interacting with the first user's account on the Twitter platform.

62. A blocked user cannot see or reply to the blocking user's tweets, view the blocking user's list of followers or followed accounts, or use the Twitter platform to search for the blocking user's tweets.

63. The blocking user will not be notified if the blocked user mentions her, nor will the blocking user see any tweets posted by the blocked user.

64. If the blocked user attempts to follow the blocking user, or to access the Twitter webpage from which the user is blocked, the user will see a message indicating that the other user has blocked him or her from following the account and viewing the tweets associated with the account while they are logged in to their accounts.

65. If a blocked user is not signed into Twitter, he or she can only view public content on Twitter through a direct search of a profile or a hashtag.

66. A user cannot use any of the interactive features when one is not logged into an account.

67. Public interaction is a feature of the @JohnHMerrill Twitter account.

68. The @JohnHMerrill account is accessible to the public at large without regard to political affiliation or any other limiting criteria.

69. Defendant Merrill has not "protected" his tweets, and anyone who wants to follow the account can do so.

70. Defendant Merrill's account is not set to the private Twitter setting.

71. Defendant Merrill has not issued any rule or statement purporting to limit (by form or subject matter) the speech of those who reply to his tweets.

72. When Defendant Merrill blocks certain Twitter users, those users cannot converse on Twitter with other non-blocked Twitter users in the interactive space created on Defendant Merrill's account, which he has opened to the public at large.

73. This case is about Defendant Merrill's supervision of the interactive features of the account, not just the initial tweet by Defendant Merrill.

74. When a reply is posted to one of Defendant Merrill's tweets it is clear that message in the reply is coming from that individual user not from the Secretary of State.

75. The contents of retweets, replies, likes, and mentions are controlled by the user who generates them and not by the Secretary of State, except to the extent he attempts to do so by blocking.

76. The account @JohnHMerrill has over 7,500 followers.

77. The only users who cannot follow @JohnHMerrill are those whom Defendant Merrill has blocked.

78. As of the date of these stipulated facts, Defendant Merrill had tweeted over 17,000 times.

79. As a result of Defendant Merrill's blocking of the Plaintiffs from the @JohnHMerrill account, the Plaintiffs cannot view the Alabama Secretary of State's tweets; directly reply to these tweets; or use the @JohnHMerrill webpage to view the comment threads associated with these tweets while they are logged in to their accounts.

80. The Plaintiffs can view tweets from @JohnHMerrill when using an internet browser or other application that is not logged in to Twitter, or that is logged in to a Twitter account (by using the Twitter "search" feature) that is not blocked by @JohnHMerrill.

81. Defendant Merrill's @JohnHMerrill page bears the tagline "Representing the People of Alabama as their 53rd Secretary of State."

82. Defendant Merrill's account contains photographs of Merrill interacting with the public as Secretary of State, announcing decisions as Secretary of State, holding press conferences as Secretary of State in the office of the Secretary of State, and meeting with many public officials in the performance of his official duties as Secretary of State.

83. Defendant Merrill uses @JohnHMerrill to announce, describe, and defend his policies.

84. Defendant Merrill sometimes uses @JohnHMerrill to announce official decisions and government business.

85. Defendant Merrill uses @JohnHMerrill to publicize visits to constituents.

86. Defendant Merrill uses @JohnHMerrill for fund-raising events.

87. Defendant Merrill uses @JohnHMerrill for political events.

88. Defendant Merrill sometimes uses @JohnHMerrill to announce official Secretary of State decisions and policies before those decisions and policies are announced through other official channels.

89. Defendant Merrill uses his Twitter account to interact with the public.

90. Defendant Merrill uses his Twitter account as a channel for communicating and interacting with the public about the administration of the Alabama Office of the Secretary of State among other issues of interest to him or his followers.

91. Defendant Merrill uses his Twitter account on an almost daily basis for communicating and interacting with the public.

92. The Twitter page associated with the @JohnHMerrill account is registered to John H. Merrill, "Representing the People of Alabama as their 53rd Secretary of State"

93. The @JohnHMerrill account bears a blue badge indicating that it has been verified by Twitter.

94. Twitter grants blue verification badges if Twitter believes the account is authentic and of public interest.

95. Twitter users sometimes direct questions regarding voting and elections to John Merrill in his capacity as Secretary of State by tweeting to the @JohnHMerrill account, and Secretary of State John Merrill sometimes answers those questions using the @JohnHMerrill account.

96. The Secretary of State's office also maintains a separate Twitter account at @alasecofstate. Merrill has stated that he never tweets from that account, and that account is maintained solely by staff members.

97. The @alasecofstate account frequently republishes tweets from the
@JohnHMerrill account, and the @JohnHMerrill account frequently
republishes tweets from the @alasecofstate account.



98. The @alasecofstate account, which Defendant Merrill admits is not
administered by him, refers to the "Secretary of State" in the third person and
routinely tags the @JohnHMerrill account when referencing Secretary of State
John Merrill.

99. The account presents itself as the "Official Twitter account of the Office of
Alabama Secretary of State @JohnHMerrill" with the @JohnHMerrill Twitter
account tagged right in the account's description.

100.   Here are some examples of the @alasecofstate referring to the
@JohnHMerrill account:

Secretary of State
@alasecofstate
Tweets 1,362
Following 221
Followers 5,013
Likes 53
Follow
Secretary of State @alasecofstate · 12 Jun 2018
Editorial from Secretary @JohnHMerrill on FCPA and the Ethics Commission - mailchi.mp/fd0d83b795a5/l...
Secretary of State @alasecofstate · 11 Jun 2018
Secretary Merrill Issues Statement on Supreme Court Ruling on Ohio Purge Process - mailchi.mp/76a02649dfe4/s...
Secretary of State @alasecofstate · 7 Jun 2018
Nationally Recognized Ethics Leader Joins Secretary of State @JohnHMerrill's Legal Team - mailchi.mp/03d109662359/n...
Secretary of State @alasecofstate · 31 May 2018
Absentee Voting Application Deadline is TODAY! - mailchi.mp/1950b8531452/a...
Secretary of State @alasecofstate · 29 May 2018
Alabama Secretary of State @JohnHMerrill's Team Reach Milestone for Same Day Processing on Business Filings - mailchi.mp/19f341d09146/a...
Secretary of State @alasecofstate · 27 May 2018
Alabama Secretary of State @JohnHMerrill shares State of Emergency Proclamation from @GovernorIvey Regarding Tropical Storm Nate - mailchi.mp/fce173c02907/g...
Secretary of State @alasecofstate · 23 May 2018
Secretary Merrill issues reminders to voters that wish to cast an absentee ballot - mailchi.mp/3834b7ceef22/s...

Secretary of State
@alasecofstate
Tweets 1,363
Following 221
Followers 5,033
Likes 53
Secretary of State @alasecofstate · 13 Nov 2018
Election Update: Counting Write-Ins - Guidance from Secretary @JohnHMerrill to the County Canvassing Boards - mailchi.mp/cbb5dd593510/e...
Secretary of State @alasecofstate · 6 Nov 2018
TODAY IS ELECTION DAY! Find out where you vote and go vote today! Polls are open 7 am to 7pm! myinfo.alabamavotes.gov/VoterView/Poll...
Secretary of State @alasecofstate · 5 Nov 2018
UPDATE: Secretary of State @JohnHMerrill Releases Information On Polling Location Hours - mailchi.mp/787940e2c195/u...
Secretary of State @alasecofstate · 1 Nov 2018
Secretary @JohnHMerrill Responds to Inaccurate AL.com article - mailchi.mp/598892a1b1b3/s...
Alabama Local News, Breaking News, Sports & We...
Get the latest Alabama Local News, Sports News & US breaking News. View daily AL weather updates, watch videos and photos, join the discussion in forums. Fin...
al.com

Secretary of State
@alasecofstate
Tweets 1,363
Following 221
Followers 5,033
Likes 53
Follow
Secretary of State @alasecofstate · 21 Nov 2018
Alabama Secretary of State @JohnHMerrill Convenes the State Canvassing Board to Certify Election Results - mailchi.mp/sos.alabama.go...
Secretary of State @alasecofstate · 21 Nov 2018
Alabama Secretary of State Convenes the State Canvassing Board to Certify Election Results - mailchi.mp/38380d940555/a...
Secretary of State @alasecofstate · 16 Nov 2018
Secretary @JohnHMerrill and his Elections Division Chief Clay Helms spoke to the Board of Registrars Association Meeting this morning.
Secretary of State @alasecofstate · 16 Nov 2018
Alabama Secretary of State @JohnHMerrill's Office has recovered over $100,000 in Campaign Finance Fines! - mailchi.mp/32f04ca134c2/a...
#mondaythoughts
eLLe Cee, Christine Shade, and 1 more are Tweeting about this
© 2019 Twitter About Help Center
Privacy policy Cookies Ads info

Secretary of State
@alasecofstate
Tweets 1,363
Following 221
Followers 5,033
Likes 53
Alabama Secretary of State @JohnHMerrill. (Note: This account is managed by Secretary Merrill's staff)
Montgomery, AL USA
sos.alabama.gov
Joined May 2009
Tweet to Secretary of State
45 Followers you know
215 Photos and videos
mailchi.mp/c119b7b95bbe/a...
Secretary of State @alasecofstate · Jan 30
REMINDER: Secretary @JohnHMerrill Issues Reminds Candidates that the Deadline to File the 2018 Annual Campaign Finance Report is January 31, 2019 at 11:59 pm - mailchi.mp/5667cedc050a/r...
Secretary of State @alasecofstate · Jan 28
Secretary Merrill Shares Information on State of Emergency from Governor Ivey's Office - mailchi.mp/c929d3f4708a/s...
Secretary of State @alasecofstate · 27 Dec 2018
Alabama Secretary of State Begins Legal Action Against Campaign Finance Violators - mailchi.mp/eb2bad3c89b6/a...
Secretary of State @alasecofstate · 6 Dec 2018
Alabama Secretary of State @JohnHMerrill Releases Updates on Crossover Voting in the 2018 General Election - mailchi.mp/sos.alabama.go...
Secretary of State @alasecofstate · 4 Dec 2018
Secretary of State @JohnHMerrill is Collecting Unpaid Campaign Finance Fines for the State General Fund - mailchi.mp/sos.alabama.go...

101.   This Stipulation incorporates by reference all of the tweets posted as of the date of this Stipulation to the @JohnHMerrill account since 2007. The parties will jointly agree on an exhibit containing a true and correct copy of these tweets and replies to be filed with Defendants' opening brief.

102.   This Stipulation incorporates by reference all available header images and profile photos used on the @JohnHMerrill Twitter web page since 2007 to the date of this Stipulation. The parties will jointly agree on an exhibit containing a true and correct copy of these header images to be filed with Defendants' opening brief.


DATED: 11/5/2019


                                        /s/ Brock Boone
                                        Brock Boone

Brock Boone
Randall C. Marshall
ACLU of Alabama
P.O. Box 6179
Montgomery, AL 36106
bboone@aclualabama.org
rmarshall@aclualabama.org

Steven P. Gregory
Gregory Law Firm, P.C.
2700 Corporate Drive
Suite 200
Birmingham, AL 35242
steve@gregorylawfirm.us

M. Virginia Buck
Attorney at Law
PO Box 2501
Tuscaloosa, AL 35403
bucklaw@charter.net

*Counsel for Plaintiffs*

STEVE MARSHALL
ATTORNEY GENERAL
By:

*/s/ Madeline H. Lewis*
Madeline H. Lewis
Benjamin H. Albritton
Assistant Attorneys General

*Counsel for Defendant*
*Honorable John H. Merrill*

**CERTIFICATE OF SERVICE**

I certify that I have on November 5, 2019, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF filing system which will send notification of the same to the following:

Benjamin H. Albritton
Office of the Attorney General
General Civil Litigation and
Administrative Law Division
501 Washington Avenue
Montgomery, AL 36104
Office: (334) 353-4840
Fax: (334) 242-2433
balbritton@ago.state.al.us

Madeline H. Lewis
Office of the Attorney General
General Civil Litigation and
Administrative Law Division
501 Washington Avenue
Montgomery, AL 36104
Office: (334) 353-4840
Fax: (334) 242-2433
mlewis@ago.state.al.us

/s/ Brock Boone
Brock Boone