IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KIMBERLY FASKING,** ) <br> **HERBERT HICKS, and HEATHER** ) <br> **BOOTH** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **vs.** ) <br> ) <br> **JOHN H. MERRILL, Alabama** ) <br> **Secretary of State, in his official capacity,** ) <br> ) <br> **Defendant.** ) | Case No. 2:18-cv-00809-JTA |

## MOTION TO SUBMIT CASE

Come now the Plaintiffs and move to submit the above-styled case on the pleadings filed, including the Parties' briefing on the cross-motions for summary judgment and Joint Stipulation of Facts, and as a basis for such show as follows:

1. On September 10, 2019, the Parties had a scheduling conference with this Court during which it was decided that the Parties would submit the case to this Court on cross motions for summary judgment and stipulated facts.

2. On September 13, 2019, this Court issued a Scheduling Order which required the Parties to file their stipulated facts by October 15, 2019, to file their cross motions for summary judgment by November 12, 2019, and to file any response to a motion for summary judgment by November 21, 2019. Dkt. 32.

1

3. The Parties submitted their Joint Stipulated Facts to this Court on November 5, 2019. Dkt. 34

4. On November 12, 2019, Merrill filed a Motion for Extension of Time to File Defendant's Motion for Summary Judgment. Dkt. 35

5. On November 12, 2019, the Plaintiffs filed their Motion for Summary Judgment. Dkt. 37.

6. On November 21, 2019, this Court issued an Order extending Merrill's time to file his response to Plaintiffs' Motion for Summary Judgment to December 9, 2019. Dkt. 38.

7. On December 9, 2019, Merrill filed a Renewed[1] Motion for Summary Judgment. Dkt. 39.

8. On December 18, 2019, the Plaintiffs filed a Response in Opposition to Merrill's Motion for Summary Judgment. Dkt. 40.

9. On January 27, 2020, this Court issued an Order directing Merrill to file a Reply to Plaintiff's Response by February 17, 2020. Dkt. 41.

10. On February 18, 2020, Merrill filed a Motion for Extension of Time to File Response/Reply to Response in Opposition to Motion. Dkt. 44.

---

[1] Merrill had filed an earlier Motion for Summary Judgment (Dkt. 12) as his very first pleading in the case. That motion was denied by this Court on August 26, 2019. Dkt. 28.

11. On February 18, 2020, this Court issued an Order extending Merrill's time to file a Reply to Plaintiffs' Response in Opposition to Second Motion for Summary Judgment to March 9, 2020. Dkt. 46.

12. Merrill did not file a Reply to Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment and did not move for any extension of time beyond the March 9, 2020, deadline set by this Court.

13. Thus, briefing is complete in this matter and the case can be decided on the current record.

WHEREFORE, the above premises considered, the Plaintiffs move that this case be deemed SUBMITTED to the Court on the briefs which have been filed and the Joint Stipulation of Facts.

Respectfully submitted this 20th day of May, 2020.

/s/ Steven P. Gregory
Steven P. Gregory

Steven P. Gregory
Gregory Law Firm, P.C.
505 20th Street North
Suite 1215
Birmingham, AL 35203
steve@gregorylawfirm.us

Randall C. Marshall
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106
rmarshall@aclualabama.org

M. Virginia Buck
Attorney at Law
13112 Martin Rd. Spur
Northport, AL 35473
bucklaw@charter.net

## CERTIFICATE OF SERVICE

I certify that I have on May 20, 2020, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF filing system which will send notification of the same to the following:

Benjamin H. Albritton
Office of the Attorney General
General Civil Litigation and
Administrative Law Division
501 Washington Avenue
Montgomery, AL 36104
Office: (334) 353-4840
Fax: (334) 242-2433
balbritton@ago.state.al.us

Madeline H. Lewis

4

Office of the Attorney General
General Civil Litigation and
Administrative Law Division
501 Washington Avenue
Montgomery, AL 36104
Office: (334) 353-4840
Fax: (334) 242-2433
mlewis@ago.state.al.us

<u>/s/ Steven P. Gregory</u>
Steven P. Gregory
