IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY FASKING, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:18-cv-809-JTA |
| | ) |
| JOHN H. MERRILL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the Court is a Motion to Submit Case (Doc. No. 51) filed by the plaintiffs on May 20, 2020. Upon consideration of the motion, it is

ORDERED that, on or before **September 9, 2020**, the defendant shall show cause in writing why the motion should not be granted.

DONE this 28th day of August, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE