IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KIMBERLY FASKING,** ) | |
| **HERBERT HICKS, and HEATHER** ) | |
| **BOOTH** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 2:18-cv-00809-SMD |
| **vs.** ) | |
| ) | |
| **John H. Merrill, Alabama** ) | |
| **Secretary of State, in his official capacity,** ) | |
| ) | |
| **Defendant.** ) | |

## REQUEST FOR STATUS CONFERENCE

COME NOW THE PLAINTIFFS in the above-styled case and respectfully request a status conference with this Court and as a basis for such would show as follows:

1. On September 10, 2020, this Court issued an Order submitting this case to the Court for a ruling based on the pleadings. The case was submitted to the Court on cross-motions for summary judgment with stipulated facts and briefs from both Parties on the legal issues presented in the case.

2. The Plaintiffs have also presented this Court with supplemental authorities deciding that public officials violated the First Amendment in blocking people (or deleting comments) from social media accounts used in furtherance of their public positions decided after the Parties initially briefed

this case for this Court. Those authorities include *Faison v. Jones*, 440 F. Supp. 3d 1123 (E.D. Cal. 2020), *Attwood v. Clemons*, 526 F. Supp. 3d 1152 (N.D. Fla. 2021), and *Anderson v. Hansen*, 519 F. Supp. 3d 457 (E.D. Wis. 2021).

3. Since the Plaintiffs' last submission of additional authorities, the court in *Charles Blackwell v. City of Inkster*, 2:21-CV-10628-TGB-EAS, 2022 WL 989212 (E.D. Mich. March 31, 2022) likewise reiterated the principal that a public official violates the First Amendment in selectively blocking people (or deleting comments) from social media accounts used in furtherance of its public position where public comment is or otherwise would be permitted.

4. The Plaintiffs' case has now been pending before this Court for more than eighteen months with new cases continually being decided around the country that support the Plaintiffs' position in this case. The Plaintiffs respectfully request a status conference with this Court to discuss the current status of the case and to allow this Court to inquire of the State whether Secretary Merrill, in the face of overwhelming case law in the Plaintiffs' favor, remains determined to pursue his unconstitutional posture in this matter.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiffs respectfully request a status conference with this Court at the earliest opportunity.

Respectfully submitted this 11th day of April, 2022.

/s/ Steven P. Gregory
Steven P. Gregory

Steven P. Gregory
Gregory Law Firm, P.C.
2700 Corporate Drive
Suite 200
Birmingham, AL 35242
steve@gregorylawfirm.us

LaTisha Gotell Faulks
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org

M. Virginia Buck
Attorney at Law
13112 Martin Rd. Spur
Northport, AL 35473
bucklaw@charter.net

**CERTIFICATE OF SERVICE**

      I certify that I have on April 11, 2022, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF filing system which will send notification of the same to the following:

Benjamin H. Albritton
Office of the Attorney General
General Civil Litigation and
Administrative Law Division
501 Washington Avenue
Montgomery, AL 36104
Office: (334) 353-4840
Fax: (334) 242-2433
balbritton@ago.state.al.us

Madeline H. Lewis
Office of the Attorney General
General Civil Litigation and
Administrative Law Division
501 Washington Avenue
Montgomery, AL 36104
Office: (334) 353-4840
Fax: (334) 242-2433
mlewis@ago.state.al.us

                                                /s/ Steven P. Gregory
                                                Steven P. Gregory