IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY FASKING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:18-cv-809-JTA |
| | ) |
| JOHN H. MERRILL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Request for Status Conference (Doc. No. 57) filed by the plaintiffs on April 11, 2022. Upon consideration of the request, which the Court construes to be a motion for status conference, it is

ORDERED that the motion for status conference (Doc. No. 57) is DENIED.

Plaintiffs are ADVISED that the Court will rule upon the pending motions as its schedule permits and will set oral argument if it finds such to be necessary.

DONE this 12th day of April, 2022.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE