**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

KIMBERLY FASKING, HERBERT )
HICKS, and HEATHER BOOTHE, )
                            )
       *Plaintiffs*,           )
                            )
v.                                 )     Case No. 2:18-cv-00809-JTA
                            )
WES ALLEN, in his official       )
capacity as Secretary of State,     )
                            )
       *Defendant*.         )

## <u>NOTICE OF APPEARANCE</u>

Comes now the undersigned, Benjamin M. Seiss, and enters his notice of appearance as counsel of record for Defendant Wes Allen,[1] who is sued in his official capacity as the Alabama Secretary of State.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary Allen was automatically substituted when he assumed office on January 16, 2023.

Respectfully submitted,

s/ Benjamin M. Seiss
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: 334.242.7300
Facsimile: 334.353.8400
Ben.Seiss@AlabamaAG.gov

**Counsel for Secretary Allen**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Benjamin M. Seiss
**Counsel for Secretary Allen**

2