IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY FASKING, HERBERT HICKS, and HEATHER BOOTH,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN,<br>Alabama Secretary of State, in his official capacity,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:18-cv-809-JTA<br>)  (WO)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, it is the ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED without prejudice, with costs taxed as paid.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of March, 2023.

_/s/ Jerusha J. Adams_
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE